UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wagner Spray Tech Corporation

Plaintiff,

v.

EZ Paintr, Inc.,

Defendant.

Civil No. 00-315 JRT/FLN

and

Civil No. 00-2365 DWF/AJB

**ORDER**

---

Kenneth Liebman and Charles Webber, Esqs., for Plaintiff.
James Bullard, Richard Hoskins, Jeffrey Dean and Jeff Barron, Esqs., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on the parties Joint Motion to Consolidate and Set Revised Pretrial Schedule.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Joint Motion to Consolidate and Set Revised Pretrial Schedule is **GRANTED**, as follows:

1. The two matters will be consolidated before Judge Tunheim and Magistrate Judge Noel;

2. A revised pretrial schedule will be entered, reflecting the dates in the Proposed Pretrial Schedule. (Ex. A to Motion)

Dated JAN 19, 2001

Franklin L. Noel
Chief Magistrate Judge

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2032137v1